**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-00517-NYW

PEDRO ALEJANDRO VILA DIAZ,

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as Warden of the Denver Contract Facility, Aurora, Colorado,

      Respondent.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the MEMORANDUM OPINION and ORDER of United States District Judge Nina Y. Wang entered on June 8, 2026, [ECF No. 24] it is

      ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [ECF No. 6] and the Emergency Motion [ECF No. 23] are DENIED. It is

      FURTHER ORDERED that this case is closed.

      Dated at Denver, Colorado this 8th day of June, 2026.

                  FOR THE COURT:
                  JEFFREY P. COLWELL, CLERK

            By:  s/  J. Dynes
                  J. Dynes, Deputy Clerk